UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. <u>3:20-cv-741 TSL-RPM</u>

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.002 ACRE OF LAND, MORE
OR LESS, IN RANKIN COUNTY,
MISSISSIPPI, and
GRAINCOMM II, LLC,
  a Delaware limited company,
Defendants.

## **COMPLAINT**

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired is a permanent easement and right-of-way.

5. The easement and right-of-way herein condemned is described in Attachment 1 hereto and made a part hereof.

6. The persons known to the Plaintiff to have or who may claim an interest in said property are as follows:

a. GrainComm II, LLC, a Delaware limited company, owns said property in fee simple by virtue of a deed recorded in Deed Book 2017, page 13645, in the office of the Chancery Court Clerk of Rankin County, Tennessee.

b. County, City, and School taxes for 2020 are liens on said property.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

Respectfully submitted,

*s/Michael V. Bernier*
Michael V. Bernier (MS BAR 103960)
James S. Chase (TN BPR #020578)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.3045
Facsimile    865.632.2422
Email    mvbernier@tva.gov

Attorneys for Plaintiff

101577003

2

TRACT NO. PTFLO-36

A permanent easement and right-of-way, consisting of the perpetual right to enter and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission line structures with sufficient wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards, to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any transmission line structure or conductor located thereon, the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:

TRACT NO. PTFLO-36

A triangular tract of land located in Section 36, Township 7 North, Range 3 East, Rankin County, State of Mississippi, as shown on a map entitled "Philadelphia – Langford Transmission Line," drawing LW-7728, sheet P28A, R.1, a reduced scale copy of which is attached to the Declaration of Taking filed herein, the strip being more particularly described as follows:

Beginning at a 5/8 inch rebar, being a common corner between Sara Koon and GrainComm II, LLC, and located 39.54 feet right of survey station 1+29.12; thence N. 0° 06' 2" E., 10.47 feet to a point; thence N. 89° 14' 00" E., 18.44 feet to a point; thence S. 59° 52' 39" W., 21.35 feet to the Point of Beginning.

The tract of land described above contains 0.002 acres, more or less.

The above-described parcel of land is lying in the Southwest 1/4 of Section 36 Rankin County, Township 7 North, Range 3 East.

The coordinates, distances and directions of lines are referred to the Mississippi East Coordinate System, NAD83(2011) Horizontal Datum, NAVD88 Vertical Datum.

Record landowner as of the date of the filing of the Declaration of Taking —
GrainComm II, LLC (Deed Book 2017, page 13645)

Tax Map and Parcel No. J13 000064 00130
PPIN 079763

101569282

ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No. 3:20-cv-741-TSl-RPM

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.002 ACRE OF LAND, MORE
OR LESS, IN RANKIN COUNTY,
MISSISSIPPI, and
GRAINCOMM II, LLC,
  a Delaware limited company,
Defendants.

## NOTICE OF FILING OF DECLARATION OF TAKING

**COMES NOW**, the Tennessee Valley Authority, the authority empowered by law to acquire in the name of the United States of America the property described in the Complaint of similar title filed in this Court, by and through the undersigned counsel, and files the attached Declaration of Taking (Doc. 2-1). The property interest taken in this action is an easement and right-of-way described in Attachment 2 (Doc. 2-2). A map showing the location of the easement and right-of-way taken is attached as Attachment 3 (Doc. 2-3).

    This 17th day of November, 2020.

2

        Respectfully submitted,

        *s/Michael V. Bernier*
        Michael V. Bernier (MS BAR 103960)
        James S. Chase (TN BPR #020578)
        TVA GENERAL COUNSEL'S OFFICE
        400 West Summit Hill Drive
        Knoxville, Tennessee 37902-1401
        Telephone  865.632.3045
        Facsimile  865.632.2422
        Email  mvbernier@tva.gov

        Attorneys for Plaintiff

101586347

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.                                                                  No. 3:20-cv-741-TSl-RPM

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.002 ACRE OF LAND, MORE
OR LESS, IN RANKIN COUNTY,
MISSISSIPPI, and
GRAINCOMM II, LLC,
   a Delaware limited company,
Defendants.

# DECLARATION OF TAKING

The Tennessee Valley Authority, the authority empowered by law to acquire in the name of the United States of America the property described in the Complaint of similar title filed in this Court, hereby files this Declaration of Taking pursuant to 40 U.S.C. §§ 3114-3118 (2012) and declares that said property is hereby taken for the use of the United States of America acting by and through its agent, the Tennessee Valley Authority, and further declares that:

1. The property interest taken in this action is the easement and right-of-way described in Attachment 1 attached hereto and made a part hereof.

2. Five Hundred Dollars ($500) is the amount estimated by the Tennessee Valley Authority to be just and liberal compensation for the easement and right-of-way taken. This amount will be tendered into Court for the use of the persons entitled thereto.

3. A map showing the location of the easement and right-of-way taken is attached as Attachment 2.

1

4. The authority under which the easement and right-of-way is taken is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq. The public use for which the easement and right-of-way is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

5. The Tennessee Valley Authority is of the opinion that the ultimate award probably will be within any limits prescribed by Congress on the price to be paid.

                    TENNESSEE VALLEY AUTHORITY

                    Respectfully submitted,

*s/Michael V. Bernier*
Michael V. Bernier (MS BAR 103960)
James S. Chase (TN BPR #020578)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.3045
Facsimile     865.632.2422
Email    mvbernier@tva.gov

Attorneys for Plaintiff

101568180

TRACT NO. PTFLO-36

A permanent easement and right-of-way, consisting of the perpetual right to enter and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission line structures with sufficient wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards, to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any transmission line structure or conductor located thereon, the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:

TRACT NO. PTFLO-36

A triangular tract of land located in Section 36, Township 7 North, Range 3 East, Rankin County, State of Mississippi, as shown on a map entitled "Philadelphia – Langford Transmission Line," drawing LW-7728, sheet P28A, R.1, a reduced scale copy of which is attached to the Declaration of Taking filed herein, the strip being more particularly described as follows:

Beginning at a 5/8 inch rebar, being a common corner between Sara Koon and GrainComm II, LLC, and located 39.54 feet right of survey station 1+29.12; thence N. 0° 06' 2" E., 10.47 feet to a point; thence N. 89° 14' 00" E., 18.44 feet to a point; thence S. 59° 52' 39" W., 21.35 feet to the Point of Beginning.

The tract of land described above contains 0.002 acres, more or less.

The above-described parcel of land is lying in the Southwest 1/4 of Section 36 Rankin County, Township 7 North, Range 3 East.

The coordinates, distances and directions of lines are referred to the Mississippi East Coordinate System, NAD83(2011) Horizontal Datum, NAVD88 Vertical Datum.

Record landowner as of the date of the filing of the Declaration of Taking —
GrainComm II, LLC (Deed Book 2017, page 13645)

Tax Map and Parcel No. J13 000064 00130
PPIN 079763

101569282

ATTACHMENT 1



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.   No: 3:20-cv-741-TSL-RPM

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.002 ACRE OF LAND, MORE
OR LESS, IN RANKIN COUNTY,
MISSISSIPPI, and
GRAINCOMM II, LLC,
   a Delaware limited company,
Defendants.

## NOTICE OF CONDEMNATION

TO:    GrainComm II, LLC, a Delaware limited company, c/o CT Corporation System (registered agent for service of process), 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232

Pursuant to Federal Rule of Civil Procedure 71.1(d)(2), you are hereby notified that the Plaintiff has commenced the above-entitled action in the United States District Court for the Southern District of Mississippi to condemn an easement and right-of-way on and over land in which you have or claim an interest. Said land and the interest taken therein is described in Attachment 1 which is attached hereto and made a part hereof.

The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

You are further notified that if you desire to present any objection or defense to the taking of the property described in Attachment 1, you are required to file your answer with the Clerk of the Court and to serve it on the Plaintiff's attorney within 21 days after service of this notice upon you. Your answer shall identify the property in which you claim to have an interest, state

the nature and extent of the interest you claim, and state all of your objections and defenses to the taking. Your failure to file and serve an answer constitutes a consent to the taking and to the jurisdiction of the Court to proceed to hear the action and to fix the compensation.

If you have no objection or defense to the taking of this property you may instead file with the Clerk of the Court and serve on the Plaintiff's attorneys a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings in this action affecting the property. In the event of a trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Federal Rule of Civil Procedure 71.1(d)(2)(B) requires that an address be provided within the district in which this action is brought where the Plaintiff's attorneys may be served. Such an address is James S. Chase, Attorney, Tennessee Valley Authority, c/o Joshua L. Wooten Manager, Customer Service Center, Tennessee Valley Authority, 3197 Brooks Road, Belden, Mississippi 38826. However, Plaintiff prefers that service be made by mail addressed to James S. Chase, Attorney, Tennessee Valley Authority, 400 West Summit Hill Drive, Knoxville, Tennessee 37902-1401.

    Respectfully submitted,

    *s/Michael V. Bernier*
    Michael V. Bernier (MS BAR 103960)
    James S. Chase (TN BPR #020578)
    TVA GENERAL COUNSEL'S OFFICE
    400 West Summit Hill Drive
    Knoxville, Tennessee 37902-1401
    Telephone    865.632.3045
    Facsimile    865.632.2422
    Email    mvbernier@tva.gov

    Attorneys for Plaintiff

101573881

TRACT NO. PTFLO-36

A permanent easement and right-of-way, consisting of the perpetual right to enter and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission line structures with sufficient wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards, to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any transmission line structure or conductor located thereon, the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:

TRACT NO. PTFLO-36

A triangular tract of land located in Section 36, Township 7 North, Range 3 East, Rankin County, State of Mississippi, as shown on a map entitled "Philadelphia – Langford Transmission Line," drawing LW-7728, sheet P28A, R.1, a reduced scale copy of which is attached to the Declaration of Taking filed herein, the strip being more particularly described as follows:

Beginning at a 5/8 inch rebar, being a common corner between Sara Koon and GrainComm II, LLC, and located 39.54 feet right of survey station 1+29.12; thence N. 0° 06' 2" E., 10.47 feet to a point; thence N. 89° 14' 00" E., 18.44 feet to a point; thence S. 59° 52' 39" W., 21.35 feet to the Point of Beginning.

The tract of land described above contains 0.002 acres, more or less.

The above-described parcel of land is lying in the Southwest 1/4 of Section 36 Rankin County, Township 7 North, Range 3 East.

The coordinates, distances and directions of lines are referred to the Mississippi East Coordinate System, NAD83(2011) Horizontal Datum, NAVD88 Vertical Datum.

Record landowner as of the date of the filing of the Declaration of Taking —
GrainComm II, LLC (Deed Book 2017, page 13645)

Tax Map and Parcel No. J13 000064 00130
PPIN 079763

101569282

ATTACHMENT 1

# CIVIL COVER SHEET

3:20-cv-741-TSL-RPM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY

**DEFENDANTS**
An Easement and Right-of-Way over 0.002 Acre of Land, More or Less, in Rankin County, Mississippi, and GrainComm II, LLC, a Delaware limited company

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Rankin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See page 2

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- [X] 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TVA Act, as amended, 16 U.S.C. §§ 831, et seq.
Brief description of cause:
Condemnation of an easement and right-of-way.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 11/17/2020
SIGNATURE OF ATTORNEY OF RECORD: s/Michael V. Bernier

**FOR OFFICE USE ONLY**
No Fee Required
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____